United States District Court
Southern District of Texas
**ENTERED**
June 28, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Thomas Michael Hribar, § § Plaintiff, § § vs. § Commissioner of Social Security, § § Defendant. § | CIVIL NO. 4:21-CV-04253 |

## **ORDER**

Plaintiff Thomas Michael Hribar filed a Complaint [ECF No. 1] on December 13, 2021 seeking judicial review of the denial of an application for Social Security benefits. On April 1, 2022, Kilolo Kijakazi, the Acting Commissioner of the Social Security Administration, filed an answer [ECF No. 4] and a certified electronic copy of the administrative record [ECF No. 5]. The parties consented to have this Court conduct all further proceedings in this case, including entry of a final judgment. [ECF No. 10]; *see also* 28 U.S.C. § 636(c).

To assist the Court's adjudication of the dispute between the parties, it is hereby **ORDERED** that, on or before **September 28, 2022**, Plaintiff shall file a dispositive motion.

It is further **ORDERED** that, on or before **October 27, 2022**, the Acting Commissioner shall file a dispositive motion and a response to Plaintiff's dispositive motion.

Signed on June 28, 2022, at Houston, Texas.

_Dena Palermo_
Dena Hanovice Palermo
United States Magistrate Judge